# MONTGOMERY McCRACKEN
ATTORNEYS AT LAW

**Stephanie Benecchi**
Associate
Admitted in: Pennsylvania & New York

123 South Broad Street
Avenue of the Arts
Philadelphia, PA 19109
Tel:  215-772-1500

Direct Dial:   215-772-7282
Fax:           215-772-7620
Email:    sbenecchi@mmwr.com

April 3, 2017

**By eFile to the Court and all Parties of Record**

Re:   Joint Letter Motion to Adjourn April 6, 2017 Status Conference in *Guerra v. Hero Nutritionals, Inc.*, No. 2:16-cv-04563-LDW-SIL

Dear Judge Locke:

We represent the Defendant, Hero Nutritionals, Inc. in the above-captioned action. This letter motion is submitted jointly by counsel to both parties. We respectfully request that this Court adjourn the status conference scheduled for April 6, 2017.

The parties exchanged (1) discovery requests on December 9, 2017, (2) responses and objections dated January 23, 2017 and January 25, 2017, and (3) first productions of documents on January 23, 2017 and February 8, 2017. Counsel for the parties conferred regarding the discovery requests and productions by telephone on February 3, 2017, February 17, 2017, and April 3, 2017.

At this time, both parties believe that discovery is proceeding according to schedule. We anticipate further production of documents in the following weeks and respectfully request this Court to adjourn the status conference until after the exchange of those productions. Upon teleconference with your clerk, we believe that the morning of May 8, 2017 is a mutually available date. Accordingly, the parties respectfully request that this Court adjourn the status conference until May 8, 2017. In the event this Court is not available on May 8, 2017, the parties are also available May 9, 2017 through May 12, 2017.

Respectfully submitted,

/s/ Stephanie Benecchi