

**MONTGOMERY McCRACKEN**
ATTORNEYS AT LAW

**Stephanie Benecchi**
Associate
Admitted in: Pennsylvania & New York

123 South Broad Street
Avenue of the Arts
Philadelphia, PA 19109
Tel: 215-772-1500

Direct Dial: 215-772-7282
Fax: 215-772-7620
Email: sbenecchi@mmwr.com

May 7, 2017

**By eFile to the Court and all Parties of Record**

Re: Joint Letter Motion to Cancel May 8, 2017 Status Conference in *Guerra v. Hero Nutritionals, Inc.*, No. 2:16-cv-04563-LDW-SIL

Dear Judge Locke:

We represent the Defendant, Hero Nutritionals, Inc. in the above-captioned action. This letter motion is submitted jointly by counsel to both parties. We respectfully request that this Court cancel the status conference scheduled for May 8, 2017.

The parties exchanged (1) discovery requests on December 9, 2017, (2) responses and objections dated January 23, 2017 and January 25, 2017, and (3) first productions of documents on January 23, 2017 and February 8, 2017. Counsel for the parties conferred regarding the discovery requests and productions by telephone on February 3, 2017, February 17, 2017, and April 3, 2017.

The parties began discussing settlement on April 19, 2017, and remain actively engaged in settlement discussions. We respectfully request that this Court cancel this conference as we seek to limit our clients' respective costs as we work toward a resolution.

Respectfully submitted,

/s/ Stephanie Benecchi